Ramiro Morales - 167947
Laura Jane Coles - 168439
MORALES FIERRO & REEVES
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA  94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Plaintiffs
MARYLAND CASUALTY COMPANY,
STEADFAST INSURANCE COMPANY, and
ASSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY, and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:10-cv-02211-MCE-KJN<br><br>**STIPULATION AND ORDER TO STAY ACTION** |

**STIPULATION**

The above entitled parties, by and through their respective counsel of record, hereby stipulate as follows:

The Complaint was filed on August 17, 2010.  Defendant filed its Answer and Counterclaim on September 9, 2010.

This is an insurance coverage action between insurance carriers involving claims arising from underlying construction-defect actions.  The parties are currently working to resolve the action informally.  In order to provide the parties an opportunity to complete their negotiations prior to incurring significant additional litigation expense, the parties hereby stipulate and request the Court's consent to stay proceedings in the action for 120 days, until January 22, 2011.

- 1 –

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to the parties' stipulation, the parties further request the Court modify Rule 26's Mandatory Pretrial Discovery Requirements as follows: The Initial Case Conference in this matter to be conducted within 30 days after January 22, 2011, and no later than January 24, 2011; the Joint Case Conference Report to be filed no later than February 24, 2011; Initial Disclosures to be served within 14 days from the date of the Initial Case Conference, unless otherwise provided for in the parties' Joint Case Conference Report.

Accordingly, the parties hereby respectfully request the Court order the following:

1) A stay of all proceedings in the action for 120 days, until January 22, 2011.

2) Rule 26's Mandatory Pretrial Discovery Requirements to be amended as follows:

    a. The Initial Case Conference in this matter to be conducted within 30 days after January 22, 2011, and no later than January 24, 2011;

    b. The Joint Case Conference Report to be filed no later than February 24, 2011;

    c. Initial Disclosures to be served within 14 days from the date of the Initial Case Conference, unless otherwise provided for in the parties' Joint Case Conference Report.

IT IS SO STIPULATED.

DATED: October 21, 2010        MORALES, FIERRO & REEVES

By: _____/s/_____
    Ramiro Morales
    Laura Jane Coles
    Attorneys for Plaintiffs
    MARYLAND CASUALTY COMPANY,
    STEADFAST INSURANCE COMPANY,
    and ASSURANCE COMPANY OF
    AMERICA

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: October 21, 2010 | ARCHER NORRIS |

By: _____/s/_____
W. Eric Blumhardt
Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

THE CLERK IS DIRECTED TO REMOVE THIS CASE FROM ACTIVE CASE STATUS UNTIL JANUARY 22, 2011

DATED: November 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE