1   Ramiro Morales – 167947
    rmorales@mfrlegal.com
2   Laura Jane Coles – 168439
    lcoles@mfrlegal.com
3   MORALES FIERRO & REEVES
    2300 Contra Costa Blvd., Suite 310
4   Pleasant Hill, CA  94523
    Telephone:  (925) 288-1776
5   Facsimile:   (925) 288-1856

6   Attorneys for Plaintiffs
    MARYLAND CASUALTY COMPANY,
7   STEADFAST INSURANCE COMPANY, and
    ASSURANCE COMPANY OF AMERICA
8

9   W. Eric Blumhardt – 109256
    rblumhard@archernorris.com
10  Sean D. White – 137200
    swhite@archernorris.com
11  ARCHER NORRIS
    2033 North Main Street, Suite 800
12  Walnut Creek, CA  94596
    Telephone: (925) 930-6600
13  Facsimile: (925) 930-6620

14  Attorneys for Defendants
    FINANCIAL PACIFIC INSURANCE COMPANY
15

16                      UNITED STATES DISTRICT COURT

17                      EASTERN DISTRICT OF CALIFORNIA
18

19  MARYLAND CASUALTY COMPANY,        )   CASE NO.: 2:10-cv-02211-MCE-KJN
    STEADFAST INSURANCE COMPANY, and  )
20  ASSURANCE COMPANY OF AMERICA,     )
                                      )   **STIPULATION AND ORDER TO
21          Plaintiffs,               )   CONTINUE DISCOVERY CUT OFF
        vs.                           )   ONLY**
22                                    )
    FINANCIAL PACIFIC INSURANCE       )
23  COMPANY,                          )
                                      )
24          Defendant.                )
25  _____   )

26

27

28
                              - 1 –

1                                    STIPULATION

2          The parties, through the undersigned counsel, jointly request the Court continue the cut off

3   date for all discovery, with the exception of expert discovery, by 60 days, from June 15, 2012 to

4   August 14, 2012.  The parties' request is based on the facts set forth below, which the parties

5   believe demonstrate good cause for continuance of the discovery cut off:

6          WHEREAS the parties have exchanged to date significant amounts of information and

7   documents as part of their efforts to evaluate the various claims for informal resolution;

8          WHEREAS, the parties currently have additional outstanding written discovery as well as

9   numerous depositions noticed;

10         WHEREAS the parties agree that the remaining written discovery may be sufficient to

11  enable the parties to resolve one or more claims between them informally, making the currently

12  noticed depositions, and the significant costs associated therewith, unnecessary, or at the very least

13  may assist the parties to streamline the remaining issues allowing the parties to reduce the number

14  and length of depositions, resulting in a more expeditious and economic result for all parties;

15         WHEREAS, the cut off date for all discovery, with the exception of expert discovery, is

16  June 15, 2012, dispositive motions are to be heard by October 18, 2012, and trial is scheduled to

17  begin April 13, 2013;

18         WHEREAS, the parties are requesting a continuation of the discovery cut off date only;

19         WHEREAS, the parties have not previously requested a continuance of any date set by the

20  Court's Scheduling Orders;

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 2 –

**STIPULATION AND ORDER TO
CONTINUE DISCOVERY CUT OFF ONLY**                          **CASE NO.: 2:10-cv-02211-MCE-KJN**

1    WHEREAS, the parties hereby stipulate and agree to continue the discovery cut off date

2  from June 15, 2012 to August 14, 2012.

3                                                             Respectfully submitted,

4  DATED:  May 18, 2012                      MORALES, FIERRO & REEVES

5

6
                                                           By: __/s/ Laura Jane Coles_____
7                                                                  Ramiro Morales
                                                                   Laura Jane Coles
8                                                                  Attorneys for Plaintiffs
                                                                   MARYLAND CASUALTY COMPANY,
9                                                                  STEADFAST INSURANCE COMPANY,
                                                                   and ASSURANCE COMPANY OF
10                                                                 AMERICA

11

12  DATED:  May 18, 2012                      ARCHER NORRIS

13

14
                                                           By: __/s/ Sean D. White_____
15                                                                 W. Eric Blumhardt
                                                                   Sean D. White
16                                                                 Attorneys for Defendant
                                                                   FINANCIAL PACIFIC INSURANCE
17                                                                 COMPANY

18

19

20                                                         ORDER

21
    IT IS SO ORDERED.
22

23

24  Dated:  May 25, 2012

25  _____
                                                           MORRISON C. ENGLAND, JR
26                                                         UNITED STATES DISTRICT JUDGE

27

28