1  Ramiro Morales – 167947
   rmorales@mfrlegal.com
2  Laura Jane Coles – 168439
   lcoles@mfrlegal.com
3  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
4  Pleasant Hill, CA  94523
   Telephone:  (925) 288-1776
5  Facsimile:   (925) 288-1856

6  Attorneys for Plaintiffs
   MARYLAND CASUALTY COMPANY,
7  STEADFAST INSURANCE COMPANY, and
   ASSURANCE COMPANY OF AMERICA
8

9  W. Eric Blumhardt – 109256
   rblumhard@archernorris.com
10 Sean D. White – 137200
   swhite@archernorris.com
11 ARCHER NORRIS
   2033 North Main Street, Suite 800
12 Walnut Creek, CA  94596
   Telephone: (925) 930-6600
13 Facsimile: (925) 930-6620

14 Attorneys for Defendants
   FINANCIAL PACIFIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY, and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br>vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:10-cv-02211-MCE-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT OFF ONLY** |

## STIPULATION

The parties, through the undersigned counsel, jointly request the Court continue the cut off date for all discovery, with the exception of expert discovery, by 60 days, from June 15, 2012 to August 14, 2012.  The parties' request is based on the facts set forth below, which the parties believe demonstrate good cause for continuance of the discovery cut off:

WHEREAS the parties have exchanged to date significant amounts of information and documents as part of their efforts to evaluate the various claims for informal resolution;

WHEREAS, the parties currently have additional outstanding written discovery as well as numerous depositions noticed;

WHEREAS the parties agree that the remaining written discovery may be sufficient to enable the parties to resolve one or more claims between them informally, making the currently noticed depositions, and the significant costs associated therewith, unnecessary, or at the very least may assist the parties to streamline the remaining issues allowing the parties to reduce the number and length of depositions, resulting in a more expeditious and economic result for all parties;

WHEREAS, the cut off date for all discovery, with the exception of expert discovery, is June 15, 2012, dispositive motions are to be heard by October 18, 2012, and trial is scheduled to begin April 13, 2013;

WHEREAS, the parties are requesting a continuation of the discovery cut off date only;

WHEREAS, the parties have not previously requested a continuance of any date set by the Court's Scheduling Orders;

///

///

///

///

///

///

///

///

1     WHEREAS, the parties hereby stipulate and agree to continue the discovery cut off date
2 from June 15, 2012 to August 14, 2012.

                                  Respectfully submitted,

DATED: May 18, 2012          MORALES, FIERRO & REEVES

                                  By: __/s/ Laura Jane Coles_____
                                        Ramiro Morales
                                        Laura Jane Coles
                                        Attorneys for Plaintiffs
                                        MARYLAND CASUALTY COMPANY,
                                        STEADFAST INSURANCE COMPANY,
                                        and ASSURANCE COMPANY OF
                                        AMERICA

DATED: May 18, 2012          ARCHER NORRIS

                                  By: __/s/ Sean D. White_____
                                        W. Eric Blumhardt
                                        Sean D. White
                                        Attorneys for Defendant
                                        FINANCIAL PACIFIC INSURANCE
                                        COMPANY

                                  <u>ORDER</u>

IT IS SO ORDERED.

Dated: May 25, 2012

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE