W. Eric Blumhardt (Bar No. 109256)
rblumhardt@archernorris.com
Sean D. White (Bar No. 137200)
swhite@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Defendant
FINANCIAL PACIFIC INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY, and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | Case No.  2:10-CV-02211-MCE-KJN<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON FINANCIAL PACIFIC INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     September 20, 2012<br>Time:    2:00 p.m.<br>Judge:   Hon. Morrison C. England, Jr.<br>Courtroom:  7 |

STIPULATION

The parties, though the undersigned counsel, jointly request that the Court continue the hearing on Financial Pacific Insurance Company's Motion for Partial Summary Judgment from September 20, 2012 at 2:00 p.m. to October 4, 2012 at 2:00 p.m.

WHEREAS, Financial Pacific's Motion for Partial Summary Judgment was originally set for hearing on September 6, 2012 before the Honorable Morrison C. England, Jr..

WHEREAS, on August 30, 2012, plaintiffs filed a Motion for Leave to File a Sur-Reply Brief in connection with Financial Pacific's Motion for Partial Summary Judgment.

1  WHEREAS, on September 5, 2012, the Court granted plaintiffs' Motion for Leave to File
2  a Sur-Reply Brief, and continued the hearing on Financial Pacific's Motion for Partial Summary
3  Judgment from September 6, 2012 to September 20, 2012.
4  WHEREAS, Sean D. White, counsel of record for Financial Pacific who prepared the
5  Motion for Partial Summary Judgment, and will appear at the hearing on said motion on behalf of
6  Financial Pacific, is not available to attend a hearing on the Motion on September 20, 2012 as he
7  will not be in California on that date.
8  WHEREAS, good cause exists to continue the hearing on Financial Pacific's Motion for
9  Partial Summary Judgment for two weeks from September 20, 2012 to October 4, 2012.
10  WHEREAS, the parties hereby stipulate and agree to continue the hearing on Financial
11  Pacific's Motion for Partial Summary Judgment for two weeks from September 20, 2012 to
12  October 4, 2012.

13  Respectfully submitted,

15  Dated:  September 7, 2012          ARCHER NORRIS

17  /s/ Sean D. White
    Sean D. White
18  Attorneys for Defendant
    FINANCIAL PACIFIC INSURANCE
    COMPANY

21  Dated:  September 7, 2012          MORALES, FIERRO & REEVES

23  /s/ Laura Jane Coles
    Laura Jane Coles
24  Attorneys for Plaintiffs
    MARYLAND CASUALTY COMPANY,
25  STEADFAST INSURANCE COMPANY, and
    ASSURANCE COMPANY OF AMERICA

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on Defendant Financial Pacific Insurance Company's Motion for Partial Summary Judgment, currently calendared for September 20, 2012, at 2:00 p.m. in Courtroom 7 of the United States District Court for the Eastern District of California, be continued to October 4, 2012 at 2:00 p.m.

Dated:  September 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE