1   W. Eric Blumhardt (Bar No. 109256)
    rblumhardt@archernorris.com
2   Sean D. White (Bar No. 137200)
    swhite@archernorris.com
3   ARCHER NORRIS
    2033 North Main Street, Suite 800
4   Walnut Creek, CA  94596-3759
    Telephone:     925.930.6600
5   Facsimile:     925.930.6620

6   Attorneys for Defendant
    FINANCIAL PACIFIC INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  MARYLAND CASUALTY                    Case No.  2:10-CV-02211-MCE-KJN
    COMPANY, STEADFAST
12  INSURANCE COMPANY, and               **STIPULATION AND ORDER**
    ASSURANCE COMPANY OF                 **CONTINUING HEARING ON FINANCIAL**
13  AMERICA,                             **PACIFIC INSURANCE COMPANY'S**
                                         **MOTION FOR PARTIAL SUMMARY**
14                 Plaintiffs,           **JUDGMENT**

15  v.                                   Date:       September 20, 2012
                                         Time:       2:00 p.m.
16  FINANCIAL PACIFIC                    Judge:      Hon. Morrison C. England, Jr.
    INSURANCE COMPANY,                   Courtroom:  7
17
                   Defendant.
18

19

20                                STIPULATION

21          The parties, though the undersigned counsel, jointly request that the Court continue the

22  hearing on Financial Pacific Insurance Company's Motion for Partial Summary Judgment from

23  September 20, 2012 at 2:00 p.m. to October 4, 2012 at 2:00 p.m.

24          WHEREAS, Financial Pacific's Motion for Partial Summary Judgment was originally set

25  for hearing on September 6, 2012 before the Honorable Morrison C. England, Jr..

26          WHEREAS, on August 30, 2012, plaintiffs filed a Motion for Leave to File a Sur-Reply

27  Brief in connection with Financial Pacific's Motion for Partial Summary Judgment.

28

                                                    STIPULATION AND ORDER TO
    FC195/1432878-1                                    CONTINUE HEARING DATE
                                                    CASE NO. 2:10-CV-02211-MCE-KJN

1    WHEREAS, on September 5, 2012, the Court granted plaintiffs' Motion for Leave to File

2  a Sur-Reply Brief, and continued the hearing on Financial Pacific's Motion for Partial Summary

3  Judgment from September 6, 2012 to September 20, 2012.

4    WHEREAS, Sean D. White, counsel of record for Financial Pacific who prepared the

5  Motion for Partial Summary Judgment, and will appear at the hearing on said motion on behalf of

6  Financial Pacific, is not available to attend a hearing on the Motion on September 20, 2012 as he

7  will not be in California on that date.

8    WHEREAS, good cause exists to continue the hearing on Financial Pacific's Motion for

9  Partial Summary Judgment for two weeks from September 20, 2012 to October 4, 2012.

10    WHEREAS, the parties hereby stipulate and agree to continue the hearing on Financial

11  Pacific's Motion for Partial Summary Judgment for two weeks from September 20, 2012 to

12  October 4, 2012.

13                                    Respectfully submitted,

14

15  Dated:  September 7, 2012              ARCHER NORRIS

16

17                                    /s/ Sean D. White
                                      Sean D. White
18                                    Attorneys for Defendant
                                      FINANCIAL PACIFIC INSURANCE
19                                    COMPANY

20

21  Dated:  September 7, 2012              MORALES, FIERRO & REEVES

22

23                                    /s/ Laura Jane Coles
                                      Laura Jane Coles
24                                    Attorneys for Plaintiffs
                                      MARYLAND CASUALTY COMPANY,
25                                    STEADFAST INSURANCE COMPANY, and
                                      ASSURANCE COMPANY OF AMERICA
26

27

28

FC195/1432878-1                          2

1

2

ORDER

3

Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS

4

HEREBY ORDERED that the hearing on Defendant Financial Pacific Insurance Company's

5

Motion for Partial Summary Judgment, currently calendared for September 20, 2012, at 2:00 p.m.

6

in Courtroom 7 of the United States District Court for the Eastern District of California, be

7

continued to October 4, 2012 at 2:00 p.m.

8

9

Dated:  September 10, 2012

10

11

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FC195/1432878-1

3

STIPULATION AND ORDER TO
CONTINUE HEARING DATE
CASE NO. 2:10-CV-02211-MCE-KJN