UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY, and ASSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>Defendant. | No. 2:10-cv-02211-MCE-KJN<br><br>**ORDER DISMISSING CERTAIN CAUSES OF ACTION** |

Having received and reviewed counsel's joint stipulation to dismiss certain causes of action, and good cause appearing, IT IS HEREBY ORDERED that the First, Second Third and Fourth Causes of Action set forth in Plaintiffs' Complaint on file herein are dismissed, with prejudice, each party to bear its own fees and costs.

///

///

///

///

///

1

Inasmuch as Defendant's Motion for Partial Summary Judgment (ECF No. 16) attacked the viability of Plaintiffs' Second and Fourth Causes of Action, only, and since those claims have now been dismissed, said Motion for Partial Summary Judgment is hereby DENIED as moot.

IT IS SO ORDERED.

Dated: February 8, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE