1  Ramiro Morales - 167947
   Laura Jane Coles - 168439
2  MORALES FIERRO & REEVES
   2300 Contra Costa Blvd., Suite 310
3  Pleasant Hill, CA  94523
   Telephone:  (925) 288-1776
4  Facsimile:  (925) 288-1856

5  Attorneys for Plaintiffs
   MARYLAND CASUALTY COMPANY,
6  STEADFAST INSURANCE COMPANY, AND
   ASSURANCE COMPANY OF AMERICA
7

8  W. Eric Blumhardt – 109256
   Sean D. White – 137200
9  ARCHER NORRIS
   2033 North Main Street, Suite 800
10 Walnut Creek, CA  94596
   Telephone: (925) 930-6600
11 Facsimile: (925) 930-6620

12 Attorneys for Defendant
   FINANCIAL PACIFIC INSURANCE COMPANY
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, STEADFAST INSURANCE COMPANY, and ASSURANCE COMPANY OF AMERICA,<br><br>    Plaintiffs,<br>  vs.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.:  2:10-CV-02211-MCE-KJN<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

   Having received and reviewed counsel's joint Stipulation to Dismiss Entire Action, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Complaint and Defendant's Counterclaim are dismissed in their entirety, with prejudice, each party to bear its own fees and costs.

///

1 | IT IS FURTHER ORDERED that all pre-trial and trial related dates currently set in this
2 | matter are vacated.  The Clerk of the Court is directed to close this case.
3 |     IT IS SO ORDERED.
4 | Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT